IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02109-MEH

JESSICA L. BONHAM,

    Plaintiff,

v.

GEICO CASUALTY COMPANY,

    Defendant.

___

## MINUTE ORDER
___

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 8, 2015**.

    The Unopposed Motion for Entry of Stipulated Confidentiality Order [filed October 5, 2015; docket #14] is **denied without prejudice**. The parties are granted leave to submit a revised proposed order containing a mechanism by which the parties may challenge the designation of information as confidential *that is consistent* with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382, 388-89 (D. Colo. 2000). The parties are also instructed to eliminate language that improperly gives the Court ongoing jurisdiction to enforce the terms of the confidentiality order beyond the termination of the case. Finally, the parties shall submit to Chambers a copy of the revised proposed confidentiality order in useable format (Word, WordPerfect) by email at hegarty_chambers@cod.uscourts.gov.