IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02109-MEH

JESSICA L. BONHAM,

    Plaintiff,

v.

GEICO CASUALTY COMPANY,

    Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE
---

    Before the Court is a Stipulation for Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [filed February 16, 2016; docket #27].  The Court finds the Stipulation and terms of the dismissal proper.  Thus, it is hereby **ordered** that this case is **dismissed with prejudice**, with each party to bear his or its own fees and costs. The Clerk of the Court is directed to close this case.

    Dated and entered at Denver, Colorado this 17th day of February, 2016.

                                    BY THE COURT:

                                    */s/ Michael E. Hegarty*

                                    Michael E. Hegarty
                                    United States Magistrate Judge